UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ROOR INTERNATIONAL BV and
SREAM, INC.,

    Plaintiffs,

v.                                    Case No.: 2:19-cv-222-FtM-38MRM

ULLAH BUSINESS INC. and
MOHAMMED ULLAH,

    Defendants.
_____/

## **OPINION AND ORDER**[1]

    Before the Court is United States Magistrate Judge Mac R. McCoy's Report and Recommendation (R&R) (Doc. 64), recommending the Court grant in part and deny in part Plaintiffs Roor International BV and Sream, Inc's Motion to Strike Defendant's Response to Complaint and for Entry of Clerk's Default (Doc. 63). No party objected to the R&R, and the time to do so has passed.

    After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. *See* 28 U.S.C. § 636(b)(1); *see also Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. *See Cooper-Houston v. Southern Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994).

Judge McCoy found that Plaintiffs properly served both Defendants—Mohammed Ullah and Ullah Business Inc. Mohammed Ullah then filed an answer on behalf of himself and Ullah Business Inc. Judge McCoy recommends the Court strike the answer and allow Mohammed Ullah to file an amended answer, which Ullah did on March 2, 2020. But because corporations can only appear through a licensed attorney, Judge McCoy recommends that a clerk's default be entered against Ullah Business Inc. After careful consideration of the R&R and an independent review of the file, the Court accepts and adopts the R&R.

Accordingly, it is now

**ORDERED:**

United States Magistrate Judge Mac R. McCoy's Report and Recommendation (Doc. 64) is **ACCEPTED and ADOPTED** and incorporated into this Order. Plaintiffs Roor International BV and Sream, Inc's Motion to Strike Defendant's Response to Complaint and for Entry of Clerk's Default (Doc. 63) is **GRANTED in part and DENIED in part**.

1. Defendants' original Answer (Doc. 51) is **STRICKEN**.
2. The Clerk is **DIRECTED** to enter default against Ullah Business Inc.

**DONE** and **ORDERED** in Fort Myers, Florida this 6th day of March, 2020.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record