UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ROOR INTERNATIONAL BV and
SREAM, INC.,

    Plaintiffs,

v.   Case No.:  2:19-cv-222-FtM-38MRM

ULLAH BUSINESS INC. and
MOHAMMED ULLAH,

    Defendants.
_____/

## ORDER[1]

Before the Court is Plaintiffs Roor International BV and Sream, Inc.'s Status Report (Doc. 68) informing the Court of their difficulty communicating with *pro se* Defendant Mohammed Ullah about the past-due Case Management Report.  Ullah filed an answer, but he did not include an email address or telephone number.  Plaintiffs mailed Ullah a letter on April 22, 2020, the same day they filed the Status Report, but neither party has filed anything since.

All litigants, including *pro se* litigants, must comply with the Court's orders and all procedural rules.  Such compliance requires that the representatives of the parties communicate with each other.  Ullah is thus ordered to contact Plaintiffs' counsel, cooperate with the preparation of the Case Management Report, and provide Plaintiffs'

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees.  By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them.  The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

counsel a current phone number and/or email address. **If Ullah fails to participate in this case, the Court may enter a default judgment against him.**

The Court encourages Ullah to consult with an attorney or review the Court's guide for proceeding without a lawyer at flmd.uscourts.gov/litigants-without-lawyers.

Accordingly, it is now

**ORDERED:**

Defendant Mohammed Ullah is **ORDERED** to contact Plaintiffs' counsel no later than **May 17, 2020**, cooperate with the preparation of the Case Management Order, and provide Plaintiffs' counsel a current phone number and/or email address. **Failure to comply could result in a default judgment.**

**DONE** and **ORDERED** in Fort Myers, Florida this 6th day of May, 2020.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

2